BILL GREEN SBN 129816
*bill@dgglaw.com*
ANGELA P. DANIELSON SBN 282594
*angela.dgglaw@gmail.com*
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone:    415.442.4646
Facsimile:    415.442.4802

Attorneys for Plaintiff
STEVE MORAN-CASSESE

SEDGWICK LLP
BRUCE D. CELEBREZZE  SBN 102181
*bruce.celebrezze@sedgwicklaw.com*
NICHOLAS J. BOOS  SBN 233399
*nicholas.boos@sedgwicklaw.com*
ERIN A. CORNELL  SBN 227135
*erin.cornell@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, erroneously sued herein as HARTFORD LIFE
AND ACCIDENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MORAN-CASSESE,<br><br>              Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT COMPANY; AND DOES 1 THROUGH 10,<br><br>              Defendants. | Case No. 3:14-cv-02331 JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Steve Moran-Cassese, on the one hand, and defendant Hartford Life and Accident Insurance Company, erroneously sued herein as "Hartford Life and Accident Company", on the other hand, by and through their respective attorneys of record herein, that the entire action is hereby dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED:  December 5, 2014         DELFINO GREEN & GREEN

By: /s/ *William Green* (as authorized on 12/5/2014)
    William Green
    Sharon Delfino Green
    Angela Danielson
    Attorneys for Plaintiff
    STEVE MORAN-CASSESE

DATED:  December 5, 2014         SEDGWICK LLP

By: /s/ *Erin A. Cornell*
    Nicholas J. Boos
    Erin A. Cornell
    Attorneys for Defendant
    HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, erroneously sued herein as HARTFORD LIFE AND ACCIDENT COMPANY

**ORDER**

**IT IS SO ORDERED.**

DATED:  December 8, 2014

*IT IS SO ORDERED*
*Judge Jon S. Tigar*